

# NUMBER 13-13-00611-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**TOMMY LANE WADDELL,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                              **Appellee.**

---

On appeal from the 33rd District Court
of Burnet County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

### Before Chief Justice Valdez and Justices Garza and Longoria
### Order Per Curiam

This appeal was transferred to this Court from the Third Court of Appeals by order of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 22.220(a) (West, Westlaw through 2013 3d C.S.) (delineating the jurisdiction of appellate courts); TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.) (granting the supreme court the

authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer). This cause is currently before the Court on appellant's third unopposed extension of time to file the brief. The clerk's record was filed on February 3, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant two extensions of time totaling 181 days to file the brief, and appellant now seeks an additional 20 days, until September 22, 2014, to file the brief.

The Court GRANTS appellant's third unopposed motion to file the brief and ORDERS the Honorable Tracy D. Cluck to file the brief on or before September 22, 2014. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
15th day of September, 2014.

2